UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Peter Saladino

_____
Write the full name of each plaintiff.

-against-

Alexandria Ocasio-Cortez

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

19 CV 6498

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- [x] **Federal Question**
- [ ] **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
1st Amendment

She is blocking me based off my political speech, which constitutes view point discrimination.

### B.  If you checked Diversity of Citizenship

   1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, **Joseph Peter Saladino** , is a citizen of the State of
(Plaintiff's name)

New York

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, **Alexandria Ocasio-Cortez**, is a citizen of the State of
(Defendant's name)

**New York**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Joseph | P | Saladino |
|---|---|---|
| First Name | Middle Initial | Last Name |

**48 Carol Court**
Street Address

| Staten Island | NY | 10309 |
|---|---|---|
| County, City | State | Zip Code |

| 9177519036 | jwitn2@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| Alexandria | Ocasio-Cortez |
|---|---|
| First Name | Last Name |

U.S. Representative of NY-14
Current Job Title (or other identifying information)

74-09 37th Avenue Suite 305
Current Work Address (or other address where defendant may be served)

| Jackson Heights | NY | 11372 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4: _____
　　　　　　　First Name　　　　　　　　Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City　　　　　　　State　　　　　　　Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Online

Date(s) of occurrence: May 9th, 2019 - Still Occuring

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Alexandria Ocasio-Cortez blocked me from viewing and engaging with her official twitter profile after I responded to one of her political posts.

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Violation of 1st amendment right to free speech

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Injunctive relief from the court to be unblocked by her official twitter account.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 7/9/19 | | *[signature]* |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Joseph | P | Saladino |
| First Name | Middle Initial | Last Name |
| 48 carol court | | |
| Street Address | | |
| staten island | ny | 10309 |
| County, City | State | Zip Code |
| 9177519036 | | jwitn2@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



# Alexandria Ocasio-Cortez



@AOC

You are blocked from following @A(

W̲h̲o̲ ̲t̲o̲ ̲f̲o̲l̲l̲o̲w̲

PRESS FIRMLY TO SEAL     PRESS FIRMLY TO SEAL





U.S. POSTAGE PAID
PME 1-Day
STATEN ISLAND, NY
10309
JUL 09, 19
AMOUNT
$25.50
R2305M148081-09

1007     10007

# PRIORITY
## ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**



**UNITED STATES POSTAL SERVICE®**     **PRIORITY MAIL EXPRESS®**

EJ 064 464 810 US

**CUSTOMER USE ONLY**
**FROM:** (PLEASE PRINT)     PHONE (917) 251-9036

48 Carol Court
Staten Island NY, 10309

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code: 10309
Scheduled Delivery Date (MM/DD/YY): 7/10/19
Postage: $25.50

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

Date Accepted (MM/DD/YY): 7/9/19
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON
Insurance Fee: $     COD Fee: $

Time Accepted: 1:30 ☐ AM ☑ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $     Live Animal Transportation Fee: $

**TO:** (PLEASE PRINT)     PHONE ( )
Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY, 10007

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $

Weight: ☑ Flat Rate
lbs.     ozs.
Acceptance Employee Initials: MM
$25.50

ZIP + 4® (U.S. ADDRESSES ONLY)

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time ☐ AM ☐ PM   Employee Signature



WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER

LABEL 11-B, MARCH 2019     PSN 7690-02-000-9996

EP13F July 2013   OD: 12.5 x 9.5



VISIT US AT USPS.COM®        

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.