```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/5/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JOSEPH PETER SALADINO,                                         :
                                                               :
                              Plaintiff,                       :     1:19-cv-06498-GHW
                                                               :
              -v -                                             :
                                                               :
ALEXANDRIA OCASIO-CORTEZ,                                      :     TRANSFER ORDER
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 9, 2019, the Court issued an order directing Plaintiff to show cause as to why this action should not be transferred to the Eastern District of New York by August 23, 2019. Dkt No. 5. Plaintiff has not done so. Accordingly, the Clerk of Court is directed to transfer this case to the Eastern District of New York without delay.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by first class and certified mail.

SO ORDERED.

Dated: November 5, 2019
New York, New York
                                         _____
                                                  GREGORY H. WOODS
                                               United States District Judge